# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Chambers of**<br>**MADELINE COX ARLEO**<br>United States Magistrate Judge | Martin Luther King Courthouse<br>50 Walnut Street, Room 2060<br>Newark, New Jersey 07101<br>(973) 297-4903 |

**LETTER-ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

April 14, 2010

Robert P. Travers, Esquire
1255 River Road
Edgewater, New Jersey 07020

Brett A. Datto, Esquire
Cipriani & Werner, PC
1000 South Leonola Road, Building Two
Maple Shade, New Jersey 08052

       Re: Daibes Gas 18, LLC v.s. Starbucks Corporation
          Civil Action No. 09-3931 (PGS)

Dear Counsel:

  PETER MALOFF, ESQUIRE is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court.  Your attention is directed to that rule, together with the accompanying Guidelines for Mediation.

  The mediator will contact you shortly to discuss the mediation process.  Within fourteen  (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and <u>ex parte</u> basis, a double-spaced position paper not longer than 10 pages in length.  Pleadings and discovery materials should <u>not</u> be submitted to the mediator unless specifically requested.

  Please remember that counsel and parties are required to participate in the mediation process in good faith.  The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

        **SO ORDERED**

        <u>s/ Madeline Cox Arleo</u>
        United States Magistrate Judge